IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-719 SI |
| Plaintiff, | **ORDER RE: PRETRIAL SERVICES OF CENTRAL DISTRICT OF CALIFORNIA FILE PERTAINING TO ROBERT SCHENK** |
| v. | |
| O'KEISHA AUSTIN, | |
| Defendant. | |

The Court has conducted an *in camera* review of the Pretrial Services file pertaining to Robert Schenk. The Court directs Pretrial Services of the Central District of California to produce the following to the parties: the entire pretrial services file that was provided to the Court, with the exception of the fortieth through forty-forth pages contained on the right side of the folder. Pretrial Services shall also redact Mr. Schenk's social security number from any pages that are produced to the parties.

The Clerk shall file under seal a complete copy of the Pretrial Services file that was provided to the Court for the *in camera* review.

**IT IS SO ORDERED.**

Dated: August 9, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE