RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile: 510-272-0711
pollockesq@aol.com

Attorney for Defendant
Okeisha Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OKEISHA AUSTIN,<br><br>    Defendant. | No. CR 11-0719 SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING OUT-OF-DISTRICT TRAVEL** |

Randy Sue Pollock, on behalf of Okeisha Austin, and Assistant United States Attorney Kyle Waldinger, hereby stipulate that defendant Austin may travel to the following locations in the coming month:

1. From December 28-30, 2012 to Las Vegas;

2. From January 6-11, 2013 to Alabama; and

3. From January 18-20, 2013 to Nashville, Tennessee;

These trips are all for the purpose of either vacation or visiting family.

///
///
///
///
///

Counsel has spoken to Pretrial Service Officer Mark Markowski, who is supervising Ms. Austin in the Central District of California. He is aware of her itinerary and has no objection to this proposed travel.

SO STIPULATED.

DATED: December 27, 2012        _____/s/_____
                                RANDY SUE POLLOCK
                                Counsel for Defendant Okeisha Austin


DATED: December 27, 2012        _____/s/_____
                                KYLE WALDINGER
                                Assistant United States Attorney


IT IS SO ORDERED.

DATED: December 28, 2012        _____Jacqueline S. Corley_____
                                Hon. Jacqueline Scott Corley
                                United States Magistrate Judge